### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

SUNNY SHAW,

      Plaintiff,

v.                                      CASE NO. 1:13-cv-00129-MP-GRJ

GERALD TERRILL, et al.,

      Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 20, 2014. (Doc. 29).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Magistrate Judge's Report and Recommendation (Doc. 29) is adopted and incorporated by reference in this order.

2.     Defendants' motion to dismiss (Doc. 24) is GRANTED.

3.     Plaintiff's case is DISMISSED WITHOUT PREJUDICE as barred by the doctrine of *Heck v. Humphrey*, 512 U.S. 477 (1994); for failure to exhaust administrative remedies; and for failure to prosecute.

4.     Defendant Terrill's request for sanctions (Doc. 24 at 8) is DENIED.

5.      The Clerk is directed to close this file.

**DONE AND ORDERED** this __*1st*__ day of May, 2014

<u>  *s/Maurice M. Paul*          </u>
Maurice M. Paul, Senior District Judge